﻿Citation Nr: AXXXXXXXX
Decision Date: 06/30/20 Archive Date: 06/30/20

DOCKET NO. 191121-44816
DATE: June 30, 2020

ORDER

The appeal regarding a proposed reduction of the rating assigned for posttraumatic stress disorder (PTSD) from 100 percent to 70 percent is dismissed.

FINDING OF FACT

A November 2018 rating decision proposed to reduce the evaluation of the Veteran’s PTSD from 100 percent to 70 percent; this proposal has not been effectuated. 

CONCLUSION OF LAW

The Board does not have jurisdiction over the issue of the propriety of the proposed reduction of the rating assigned to PTSD. 38 U.S.C. § 7104, 7105; 38 C.F.R. § 20.104 (2019).

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran had active service from December 1985 to December 1989, from November 1990 to April 1991, from August 1999 to August 2002, and from February 2007 to February 2010. 

This matter originates from a November 2018 rating decision by the agency of original jurisdiction (AOJ) that proposed to reduce the evaluation of the Veteran’s PTSD from 100 percent to 70 percent. The Veteran was given notice as required by 38 C.F.R. § 3.105. The notification letter informed the Veteran the he had 60 days to submit any evidence to show that the rating should not be reduced, and that he could request a hearing. The notice letter did not state that the rating decision proposing reduction was appealable.

In response, the Veteran prematurely filed a VA Form 10182, seeking direct appeal of the proposed reduction. However, the November 2018 rating decision was a proposal, and no subsequent rating decision has effectuated the proposed reduction. Rather, the AOJ in February 2020 issued a rating decision in which it continued the Veteran’s 100 percent rating for PTSD. Accordingly, there is no appeal properly before the Board for consideration, as there is no question of law or fact to be decided by the Board. This issue is therefore dismissed.

 

 

MICHAEL LANE

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. Barone, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.